O’Brien, J.
This case and fifteen others, the titles of which aré hereinafter given, are actions of ejectment to recover certain lands in the city of Brooklyn, which the plaintiff in each case derived title to through a sale for taxes under chap. 114 of the Laws of 1883. In all these, cases the plaintiff recovered and the general term has affirmed the judgments. The questions involved are the constitutionality of the above statute and the validity of the sales thereunder. These questions have been determined in this •court in recent cases adversely to the defendants. Terrel v. Wheeler, MSS. opinion, October 7, 1890; 33 N. Y. State Rep., 404; Lamb v. Connolly and Lamb v. Lancy, 2nd Div. MSS. opinion, December 2, 1890 ; 34 N. Y. State Rep., 140.
The judgments in all the cases must, therefore, be affirmed.
David A. Fithian, Resp’t, v. George S. Wheeler, as Executor of Stafford Wheeler, App’lt.
John O’Brien, Resp’t, v. Patrick Harden, App’lt.
John H. Martinhoep, Resp’t, v. George W. Bird, George S. Wheeler et al., App’lts.
Michael S. Haggerty, Resp’t, v. George S. Wheeler, as Executor, etc., et al, App’lts.
Hugh D. Kelly, Resp’t, v.- George S. Wheeler et al, App’lts. Adam Lamb, Resp’t, v. John Cahill, App’lt
*611 Adam Lamb, Eesp’t, v. John McOampbell, App’lt.
Adam Lamb, Eesp’t, v. John Boehm, App’lt
Ira O. Miller, Eesp’t, v. Nancy B. Wheeler et al, App’lts.
Ira O. Miller, Eesp’t, v. Nancy B. Wheeler et al, App’lts.
Ira O. Miller, Eesp’t, v. Nancy B. Wheeler et al, App’lts.
Ira O. Miller, Eesp’t, v. Nancy B. Wheeler et al., App’lts.
Ira O. Miller, Eesp’t, v. Nancy B. Wheeler et al, App’lts.
Ira O. Miller, Eesp’t, v. Nancy B. Wheeler- et al, App’lts.
Henry Wallerstein, Eesp’t, v. John Bohannaet al., App'lts.[1]
Judgments affirmed, with costs.
All concur.

 Affirming 24 N. Y. State Rep., 814.